SHEPARD, Appellant, v. CAMPBELL, Respondent. (Supreme Court, Appellate Division,

Fourth Department. May 16, 1906.) Action by Norman A. Shepard against Arthur A. Campbell. No opinion. Judgment and order affirmed, with costs.